IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                                  CIV. NO. S- 03-2058 FCD GGH

      vs.

APPROXIMATELY $3,000.00, et al.,

      Defendants.                     ORDER

_____/

        The government's motion for default judgment presently is calendared for hearing on March 23, 2006. No opposition has been filed. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. March 23, 2006 hearing on the motion for default judgment, filed February 23, 2006, is vacated.

        2. The motion is submitted on the record.

\\\\\

1

1       3. The government shall submit proposed findings and recommendations

2 disposing of this motion within fifteen days of this order.

3 DATED: 3/16/06

4                                    /s/ Gregory G. Hollows

5                                    GREGORY G. HOLLOWS
                                   U. S. MAGISTRATE JUDGE

6 GGH:076:US$3,000.vac.wpd