McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700



FILED

MAR 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:03-CV-2058 FCD GGH |
| Plaintiff, | [Proposed] |
| v. | FINDINGS & RECOMMENDATIONS |
| APPROXIMATELY $3,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $35,659.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $4,758.00 IN U.S. CURRENCY, AND | |
| 2001 MERCEDES BENZ S-55, LICENSE NUMBER TOYSR4U, VIN: WDBNG73J01A191153, | |
| Defendant. | |

This matter is before the Court on the government's ex parte application for default judgment. By order filed March 17, 2006, the Court took the matter off calendar, and directed the government to lodge proposed findings and recommendations.

Based on plaintiff's motion and the files and the records of the Court, THE COURT FINDS as follows:

///

1

1. In its Verified Complaint for Forfeiture *in Rem* filed on September 30, 2003, the government alleges the above-captioned defendants (hereinafter collectively the "defendant assets") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6). Based on the facts set forth in the verified complaint, the Court finds that the government has set forth an adequate factual basis for the forfeiture of each of the defendant assets pursuant to Section 881(a)(6).

2. All known potential claimants received actual notice of the forfeiture action; and that any and all unknown potential claimants have been served by publication.

3. Potential claimants Harbhajan K. Khera and Gurdev Singh Khera failed to file a claim to the defendant assets and failed to file an answer to the complaint pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims. Accordingly, on December 27, 2005, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, a Clerk's Entry of Default was filed against Harbhajan K. Khera and Gurdev Singh Khera.

4. Claimant Kamaljit Singh Khera filed a claim on or about October 28, 2003, but following his conviction in the parallel criminal case (United States v. Kamaljit Singh Khera, Case No. 2:03-CR-00103-FCD) he withdrew his claim as to each of the defendant assets. See Withdrawal of Verified Claim filed February 7, 2006.

5. Claimant Patelco Credit Union ("Patelco") filed a claim and answer asserting a lien interest in the above-captioned defendant vehicle. Patelco has stipulated to the entry of a Final Judgment of Forfeiture on terms set forth in a Stipulation filed March 14, 2006.

///

1  6. No other claimants have come forward to maintain claims in this action, and the time for doing so has expired.

Based on the above-mentioned findings, IT IS RECOMMENDED as follows:

1. That a default judgment be entered as against the interests of Harbhajan K. Khera and Gurdev Singh Khera in the defendant assets;

2. That subject to the terms of the Stipulation for Final Judgment of Forfeiture filed March 14, 2006 (a true and correct copy of which is attached hereto and shall be incorporated by reference in any judgment entered in this matter) a final judgment of forfeiture be entered, forfeiting all right, title and interest in all the defendant assets to the United States of America, to be disposed of as provided for by law.

Dated: March 30, 2006

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

3