```
McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>APPROXIMATELY $3,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $35,659.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $4,758.00 IN U.S. CURRENCY, AND<br><br>2001 MERCEDES BENZ S-55, LICENSE NUMBER TOYSR4U, VIN: WDBNG73J01A191153,<br><br>　　　　　Defendant. | 2:03-CV-2058 FCD GGH<br><br>DEFAULT JUDGMENT OF FORFEITURE AND FINAL JUDGMENT OF FORFEITURE |

　　　This matter is before the Court on plaintiff United States' ex parte Motion for Default Judgment and for Final Judgment of Forfeiture.  On March 31, 2006, the Magistrate Judge filed findings and recommendations recommending that plaintiff's motion for default judgment be granted.  No timely objection has been filed.  Based on the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

1

ORDERED, ADJUDGED AND DECREED:

1. After a de novo review, the Court adopts the Magistrate Judge's Findings and Recommendations in full.

2. Pursuant to Fed. R. Civ. P. 55 the Court enters default judgments against the following potential claimants:

    a. Harbhajan K. Khera

    b. Gurdev Singh Khera

3. A judgment by default is hereby entered against any right, title or interest in the defendant assets held by any potential claimants.

4. A final judgment is hereby entered, forfeiting all right, title and interest in the following defendant assets: Approximately $3,000.00 in U.S. Currency, Approximately $35,659.00 in U.S. Currency, Approximately $4,758.00 in U.S. Currency, and 2001 Mercedes Benz S-55, License Number TOYSR4U, VIN: WDBNG73J01A191153. Said assets shall be forfeited to the United States of America, to be disposed of according to law, and subject to the terms of the Stipulation for Final Judgment of Forfeiture entered into between plaintiff United States and Claimant Patelco Credit Union filed March 14, 2006, (a copy of which is attached hereto and incorporated herein).

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED, this 19th day of April, 2006.

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge

2